ROBERT FABELA, CITY ATTORNEY
MOSES W. JOHNSON, IV (SBN 118769)
E-mail: mjohnson@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, California 92805
Tel: (714) 765-5169 Fax: (714) 765-5123

Attorneys for Defendant CITY OF ANAHEIM AND OFFICER LOPEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAY, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF ANAHEIM; Officer LOPEZ, Badge Number unknown; DOES 1 to 20, inclusive, <br><br> Defendants. | Case No.: SACV 16-00489 DOC <br><br> Assigned to: Hon. David O. Carter <br> Dept.: 9D <br><br> **ORDER OF DISMISSAL** <br><br> Action Filed: March 16, 2016 <br> Trial Date: None set |

Pursuant to the Stipulation of the parties filed on or about March 30, 2020, the above-captioned action can be dismissed with prejudice pursuant to FRCP 41(a)(1), with each party is to bear its own costs and attorney's fees.

IT IS HEREBY ORDERED THAT this action is dismissed with prejudice.

Dated: March 31, 2020

*/s/ David O. Carter*

———————————————————
Hon. David O. Carter
United States District Judge

137288v1